In the Matter of the Application of DENNISTOUN WOOD et al., as Executors of WILLIAM WOOD, Deceased, Appellants, for the Cancellation of Taxes on Property Situated in the Borough of Queens.

THE CITY OF NEW YORK, Respondent.

*Matter of Wood*, 35 App. Div. 363, affirmed.
(Argued June 7, 1900; decided June 22, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made December 13, 1898, reversing an order of Special Term directing the cancellation of certain taxes levied upon property in Long Island City in 1897.

*George W. Stephens* for appellants.

*John Whalen, Corporation Counsel (William J. Carr* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and LANDON, JJ. Not sitting: CULLEN, J.